**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 26, 2021

VIA ECF
Hon. John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   *Liu, et al. v. Mayorkas, et al.*, No. 21 Civ. 3882 (JGK)

Dear Judge Koeltl:

> [Handwritten note:] The Court intends to proceed with the 10/28/21 Conference unless the parties explain what is going on in the case. Numerous plaintiffs ruled. Two stipulations were submitted indicating that issues were resolved as to those plaintiffs and seeking to dismiss the entire action without explaining the status of the other plaintiffs.
> 
> So ordered.
> /s/ John G. Koeltl
> U.S.D.J.
> 10/26/21

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petitions by Investor to Remove Conditions on Permanent Resident Status (Forms I-829). On October 19, 2021, the parties submitted a stipulation and proposed order of dismissal without prejudice. *See* ECF No. 9. The Court subsequently scheduled a conference for October 28, 2021. *See* Minute Entry dated October 20, 2021.

Having discussed this action further, the parties earlier today submitted a stipulation and proposed order of dismissal with prejudice for the Court's consideration. *See* ECF No. 10. On behalf of both parties, I write respectfully to request that the Court adjourn the October 28 conference pending its consideration of the parties' with-prejudice stipulation.

This is the parties' first request to vacate the October 28 conference.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

cc:   Counsel of record (via ECF)